**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6146

AARON LITTLE FRENCH,

Plaintiff - Appellant,

v.

LIEUTENANT STEPHEN ELLIOTT; LIEUTENANT N. EDWARDS; LIEUTENANT CLAYTON; SERGEANT DUBOIS; OFFICER J. DOE, each named in their individual capacities; EASTERN CORRECTIONAL INSTITUTION,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:23-cv-01775-PX)

Submitted:  February 19, 2026                    Decided:  February 23, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aaron Little French, Appellant Pro Se.  Samantha Noelle Lewis, Katie M. Pennell, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Little French appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *French v. Elliott*, No. 1:23-cv-01775-PX (D. Md. Feb. 11, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*